UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOYS HOLDING, LLC,

                Plaintiff,

-v-

TOP DEPARTMENT STORE *et al.*,

                Defendants.

22 Civ. 558 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendants Tope Department Store, www.squishmallowsus.com, www.squishmallows-us.com, and www.squishmollaws.com to vacate the entry of default against them and proceed to the merits of this case. Dkt. 29. Plaintiff's response is due March 29, 2022. The Court does not invite a reply.

SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 21, 2022
       New York, New York

1