UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOY HOLDINGS, LLC,

                               Plaintiff,

-v-

TOP DEPARTMENT STORE, et al.,

                             Defendants.

22 Civ. 558 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is presently scheduled for October 3, 2022 at 9:30 a.m. Dkt. 42. Due to a conflict with the Court's schedule, that conference is adjourned to October 3, 2022 at 12:30 p.m. The deadline for the parties' joint letter and case management plan is remains unchanged. In light of the public health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: September 14, 2022
         New York, New York