UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
KELLY TOYS HOLDINGS, LLC,                                          :
:                 22 Civ. 558 (PAE)
               Plaintiff,                                          :
:                 ORDER
           -v-                                                     :
:
TOP DEPARTMENT STORE, *et al.*,                                    :
:
               Defendants.                                         :
:
------------------------------------------------------------------ :
X

PAUL A. ENGELMAYER, District Judge:

   The Court has received a motion from defendants Top Department Store, www.squishmallowsus.com, www.squishmallows-us.com, and www.squishmollaws.com, *see* Dkt. 47, to modify the asset restraint imposed pursuant to the Court's February 3, 2022 preliminary injunction order, *see* Dkt. 5. Plaintiff's response is due September 23, 2022. The Court does not invite a reply.

   SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 ──────────────────────
                                                 Paul A. Engelmayer
                                                 United States District Judge

Dated: September 16, 2022
       New York, New York